# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY,** | : |
| **Plaintiff,** | : **CIVIL ACTION** |
| v. | : No. 18-600 |
| **ANNA NAWROCKA,** | : |
| **Defendant.** | : |

## ORDER

**AND NOW**, this 30th day of September, 2020, upon consideration of Plaintiff Allstate Insurance Company's Motion for Summary Judgment (Doc. No. 23), Plaintiff's opposition thereto (Doc. No. 24), and Defendant's reply (Doc. No. 28), it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**